No. 77–69. PANORA, REGISTRAR OF MOTOR VEHICLES OF MASSACHUSETTS v. MONTRYM. Appeal from D. C. Mass. Judgment vacated and case remanded for further consideration in light of *Dixon* v. *Love*, 431 U. S. 105 (1977).

No. 77–336. DELTA AIR LINES, INC. v. MCBRIDE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *East Texas Motor Freight System, Inc.* v. *Rodriguez*, 431 U. S. 395 (1977).

No. A–331. MEANS v. SOUTH DAKOTA. Order heretofore entered on October 14, 1977 [*ante*, p. 898], vacated and application for stay of order of the Supreme Court of South Dakota, dated September 9, 1977, denied. MR. JUSTICE BLACKMUN, joined by MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, being concerned about First Amendment implications of the vacation of the stay, dissents and would continue stay pending plenary consideration of South Dakota Supreme Court's revocation of applicant's bail.